Daniel O'Shea, Respondent, v. Lehigh Valley Railroad Company, Appellant. Order affirmed, with costs, on the authority of *Buffalo Structural Co.* v. *Dickinson* (98 App. Div. 355). All concurred.

The People of the State of New York ex rel. The Travelers' Insurance Company v. Otto Kelsey, as Comptroller of the State of New York.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. All concurred.

Frederick W. Parsons, Respondent, v. Samuel Mason Elliott and Isla Van Vorce, Doing Business under the Firm Name and Style of S. M. Elliott & Company, Appellants.— Judgment and order affirmed, with costs. No opinion. All concurred.

The People of the State of New York, Appellant, v. George Davis and Lehman Wilson, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion.

Frederic H. Richardson, Respondent, v. Seymour Garey, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg, J., dissenting.

Philip Schaefer, Respondent, v. Charles R. Hatfield and John W. Hatfield, as Executors, etc., of Christina Hatfield, Deceased, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Henry Shoemaker, Appellant, v. Security Mutual Life Insurance Company, Respondent.— Judgment unanimously affirmed, with costs, on the authority of *Kelly* v. *Security Mutual Life Ins. Co.* (186 N. Y. 16). All concurred.

Thomas W. Spry, Appellant, v. McCaffrey Water Motor and Power Company, Respondent. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

Thomas W. Spry, Appellant, v. McCaffrey Water Motor and Power Company, Respondent. (No. 2.)— Order affirmed, with ten dollars costs and disbursements. No opinion. All concurred.

John S. Straitt, Respondent, v. Lulu M. Straitt, Appellant.— Judgment unanimously affirmed, without costs. No opinion.

Nathan B. Tefft, Respondent, v. The Greenwich and Johnsonville Railway Company and Isaac C. Blandy, Appellants.— Judgment affirmed, with costs. No opinion. All concurred, except Smith, J., dissenting.

Town of Hadley, Respondent, v. William H. Mosher, Impleaded with Benjamin S. Jenkins, Appellant.— Interlocutory judgment affirmed, with costs, with usual leave to withdraw demurrer and plead upon payment of costs below and in this court. No opinion. All concurred.

William Warren Tanner, as Administrator de Bonis Non of Warren W. Tanner, Deceased, Appellant, v. Eunice Crawford, as Administratrix, etc., of Joshua Tanner, Deceased, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Cochrane, J., not sitting.

W. Edgar Trombley and John Carrier, Respondents, v. Edwin R. A. Seligman, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Vilas National Bank of Plattsburgh, Respondent, v. Rockland Lake Trap Rock Company, Appellant.— Judgment unanimously affirmed, with costs. No opinion.

Nellie Wadsworth, Respondent, v. William E. Gaut and Thomas H. Hubbard, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Application of William D. Tyndall for the Judicial Settlement of His Account of His Proceedings as General Guardian of Eston E. Devore, an Infant.— Motion for permission to perfect appeal granted, without costs. Motion to strike the appeal from the calendar and to dismiss appeal denied, without costs.

In the Matter of the Appointment of John Z. Twichell as Guardian of the Person and Estate of Eston E. Devore, an Infant.— Motion for permission to perfect appeal granted, without costs. Motion to strike the appeal from the calendar and to dismiss appeal denied, without costs.

In the Matter of the Judicial Settlement of the Accounts of Charles W. Hallenbeck, as Administrator de Bonis Non of Peter A. Hallenbeck, Deceased.— Motion granted, with costs, unless the appellant serves the printed case on or before December twentieth, and pays ten dollars costs, in which case motion denied, without costs.